## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PAULA GRAPES AS EXECUTRIX OF THE ESTATE OF DAVID B. GRAPES,

        Appellant

        v.

LINDA J. GRAPES,

        Appellee

        v.

PAULA GRAPES,

        Appellant

: No. 4 WAP 2026
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 21st day of April, 2026, the Notice of Appeal is QUASHED. *See* 42 Pa.C.S. § 722 (delineating the type of final orders from the courts of common pleas that may be appealed directly to this Court); Pa.R.A.P. 341(b) (defining final orders).